**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                         :
                                                               :
VALUE CITY HOLDINGS, INC., et al.,                             :    Chapter 11
                                                               :    Case No. 08-14197 (JMP)
                Debtors.                    :     (Jointly Administered)
                                                               :
--------------------------------------------------------------- x
                                                               :
                                                               :
VALUE CITY DEPARTMENT STORES, LLC,                             :    Adv. Pro. No. 09-01806 (JMP)
                                                               :
                Plaintiff,                  :
                                                               :
                   v.       :
                                                               :
CARLEN ENTERPRISES,                                            :
                                                               :
                Defendant.                  :
                                                               :
--------------------------------------------------------------- x

**SUMMONS IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days, to:

> **United States Bankruptcy Court, Southern District of New York**
> **One Bowling Green**
> **New York, New York 10004-1408**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

**STORCH AMINI & MUNVES PC**
**Bijan Amini, Esq.**
**Avery Samet, Esq.**
**Bonnie Tucker, Esq.**
**Two Grand Central Tower**
**140 East 45th Street, 25th Floor**
**New York, NY 10017**
(**212) 490-4100**

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| United States Bankruptcy Court | Room: |
| Southern District of New York | Date and Time: |
| One Bowling Green | |
| New York, NY 10004-1408 | |

Pursuant to Order Governing All Adversary Proceedings Brought Pursuant to 11 U.S.C. § 547, So Ordered on September 10, 2009 by the Honorable James M. Peck, docket #746, no pre-trial conference is necessary.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                      Vito Genna
                                                      Clerk of the Bankruptcy Court

   12/31/2009                                 By:     /s/ Tiffany Campbell
      Date                                                      Deputy Clerk