UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                              :
                                                    :
VALUE CITY HOLDINGS, INC., et al.,                  :     Chapter 11
                                                    :     Case No. 08-14197 (JMP)
            Debtors.                                :     (Jointly Administered)
---------------------------------------------------------------x
VALUE CITY DEPARTMENT STORES, LLC,                  :
                                                    :
            Plaintiff,                              :
                                                    :
       v.                                           :     Adv. Pro. No. 09-01806 (JMP)
                                                    :
CARLEN ENTERPRISES,                                 :
                                                    :
            Defendant.                              :
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SARAH LYONS, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Queens, NY.

On January 4, 2010, deponent served a true and correct copy of the **(i) COMPLAINT TO AVOID PREFERENTIAL TRANSFERS, (ii) SUMMONS** and **(iii) SEPTEMBER 10, 2009 ORDER ESTABLISHING PROCEDURES** upon:

> President
> Carlen Enterprises
> 1760 Apollo Court
> Seal Beach, CA 90740

by depositing a true and correct copy thereof, enclosed in postpaid wrappers addressed to the above in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

_Sarah Lyons_ (signature)
                                                                              Sarah Lyons

Sworn to before me this
6th day of January, 2010.

_____
Notary Public

BONNIE ALISON TUCKER
Notary Public, State of New York
No. 02TU6106133
Qualified in New York County
Commission Expires March 1, 2012